**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY NWAJEI, *on behalf of himself and*
*others similarly situated*,

                       Plaintiff,

       - against -

E&E OF FIVE TOWNS, INC., d/b/a Barbacoa
Burger House, EDUARD SHAULOV a/k/a
Eddie Shaulov, and EDDIE DOE,

                       Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 23-5541 (JMA) (JMW)

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on July 24, 2024, adopting the July 9, 2024 Report and Recommendation of United States Magistrate Judge James M. Wicks in its entirety as the opinion of the Court; granting Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6); declining to exercise supplemental jurisdiction over Plaintiff's New York Labor Law ("NYLL") claims; dismissing the NYLL labor claims without prejudice to their potential refiling in state court; and respectfully directing the Clerk of Court to enter judgment and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Anthony Nwajei take nothing of Defendants E&E of Five Towns, Inc., Eduard Shaulov, and Eddie Doe; that Defendants' motion to dismiss is granted; that the Court declines to exercise supplemental jurisdiction over Plaintiff's NYLL claims; that the NYLL labor claims are dismissed without prejudice to their potential refiling in state court; and that this case is closed.

Dated: July 24, 2024
   Central Islip, New York

            BRENNA B. MAHONEY
            CLERK OF COURT

        BY:  /S/ JAMES J. TORITTO
            DEPUTY CLERK

2